FILED
CLERK, U.S. DISTRICT COURT

7/23/18

CENTRAL DISTRICT OF CALIFORNIA
BY: D.L. DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TALENT MOBILE DEVELOPMENT, INC., | CASE NO. ED CV 18-0156-DOC (DFMx) |
| Plaintiff(s), | **REDACTED JURY VERDICT** |
| v | |
| HEADIOS GROUP, ET AL, | |
| Defendant(s) | |

We the jury, upon our oath, give the following answers to the Court's questions:

A.   **TRADEMARK INFRINGEMENT CLAIMS:**

**Question No. 1:**
Did Headios Group infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102?
Yes _____. No. __X__. Proceed to the next question.

**Question No. 2:**
Did Headios Group infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180?
Yes __X__. No. _____. Proceed to the next question.

**Question No. 3:**
Did Headios Group infringe Talent Mobile Development's unregistered REAL CALLER ID trademark?
Yes __X__. No. _____. Proceed to the next question.

**Question No. 4:**
Did Bassam Istambouli infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102?
Yes _____. No. __X__. Proceed to the next question.

**Question No. 5:**
Did Bassam Istambouli infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180?
Yes __X__. No. _____. Proceed to the next question.

**Question No. 6:**

Did Bassam Istambouli infringe Talent Mobile Development's unregistered REAL CALLER ID trademark?

Yes __X__. No. _____. Proceed to the next question.

**Question No. 7:**

Did Waleed Shaker infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102?

Yes _____. No. __X__. Proceed to the next question.

**Question No. 8:**

Did Waleed Shaker infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180?

Yes __X__. No. _____. Proceed to the next question.

**Question No. 9:**

Did Waleed Shaker infringe Talent Mobile Development's unregistered REAL CALLER ID trademark?

Yes __X__. No. _____. Proceed to the next question.

**Question No. 10:**

Did Talent Mobile Development infringe Headios Group's unregistered REAL CALLER trademark?

Yes _____. No. __X__. Proceed to the next question.

**B.    CYBERSQUATTING CLAIMS:**

**Question No. 11:**

Did Headios Group, in bad faith, register, traffic in, or use a domain name that infringed one of Talent Mobile Development's "Real Caller" trademarks?

Yes __X__. No. _____. Proceed to the next question.

**Question No. 12:**

Did Bassam Istambouli, in bad faith, register, traffic in, or use a domain name that infringed one of Talent Mobile Development's "Real Caller" trademarks?

Yes _____. No. __X__. Proceed to the next question.

**Question No. 13:**

Did Waleed Shaker, in bad faith, register, traffic in, or use a domain name that infringed one of Talent Mobile Development's "Real Caller" trademarks?

Yes _____. No. __X__. Proceed to the next question.

**C.    FALSE TRADEMARK REGISTRATION CLAIM:**

**Question No. 14:**

Did Talent Mobile Development fraudulently register the "Real Caller" mark bearing registration number 4613102 with the United States Patent and Trademark Office?

Yes _____. No. __X__. Proceed to the next question.

**Question No. 15:**

Did Talent Mobile Development fraudulently register the "Real Caller" mark bearing registration number 4671180 with the United States Patent and Trademark Office?

Yes _____. No. __X__. Proceed to the next question.

D.  **TORTIOUS INTERFERENCE WITH CONTRACT CLAIM:**

**Question No. 16:**

Did Talent Mobile Development intentionally interfere with contractual relations between Headios Group and Apple, Inc.?

Yes _____. No. __X__. Proceed to the next question.

**Question No. 17:**

Did Talent Mobile Development intentionally interfere with contractual relations between Headios Group and Google?

Yes _____. No. __X__. Proceed to the next question.

E.  **DAMAGES:**

**Question No. 18:**

If you found that any of the defendants infringed any of Talent Mobile Development's trademarks, what amount of monetary damages, if any, do you award to Talent Mobile Development?

$710,261.00_____. Proceed to the next question.

**Question No. 19:**

If you found that any of the defendants cybersquatted any of Talent Mobile Development's marks, what amount of monetary damages, if any, do you award to Talent Mobile Development?

$0.00 (no damages)_____. Proceed to the next question.

**Question No. 20:**

If you found that Talent Mobile Development infringed Headios Group's unregistered mark "Real Caller", what amount of monetary damages, if any, do you award to Headios Group?

__0 (Did not infringe)__. Proceed to the next question.

**Question No. 21:**

If you found that Talent Mobile Development interfered in Headios Group's contractual relations with Apple, Inc., what amount of monetary damages, if any, do you award to Headios Group?

__0 (Did not interfer)__. Proceed to the next question.

**Question No. 22:**

If you found that Talent Mobile Development interfered in Headios Group's contractual relations with Google, what amount of monetary damages, if any, do you award to Headios Group?

__0 (Did not interfer)__. Proceed to the next question.

**VERIFICATION**

Foreperson, please sign and date this verdict form.

s/Jury Foreperson

_____
Foreperson

DATE: __7/23/18__