# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. ED CV 18-0156-DOC (DFMx)            Date: September 17, 2018

Title: TALENT MOBILE DEVELOPMENT, INC. V HEADIOS GROUP ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Gabriela Garcia | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
         Michael Machat                             Adam Obeid

**PROCEEDINGS:**    **EX PARTE APPLICATION FOR PERMANENT INJUNCTION [159]**

Hearing held. The Ex Parte Application for Permanent Injunction [159] is DENIED.

                                                                                           :     02

Initials of Clerk     gga