Michael Machat, Esq.(BAR NO.109475)
MACHAT & ASSOCIATES, P.C.
8730 Sunset Blvd., Ste. 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

Attorneys for Plaintiff
Talent Mobile Development, Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TALENT MOBILE DEVELOPMENT, INC, <br><br>　　　　　Plaintiff, <br>　vs. <br><br>HEADIOS GROUP, GEORGES OBEID, 3AKARAT.NET, SUB TRADE GLOBAL OFF SHORE, BASSAM ISTAMBOULI, and WALEED SHAKER, <br><br>　　　　　Defendants. <br>──────────────── <br>and Related Counterclaim | Case No. 5:18-cv-00156 DOC-DFM <br><br>**JUDGMENT** <br><br><br><br>Case filed:　January 24, 2018 <br>FPTC:　　　July 16, 2018 <br>Trial date:　July 17, 2018 <br>Judge:　　　Hon. David O. Carter |

## **JUDGMENT**

Following the jury's verdict in this case on July 23, 2018, in favor of Plaintiff Talent Mobile Development, Judgment is hereby entered as follows:

(1)     Headios Group did not infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102;

(2)     Headios Group infringed Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180;

(3)     Headios Group infringed Talent Mobile Development's unregistered REAL CALLER ID trademark;

(4)     Bassam Istambouli did not infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102;

(5)     Bassam Istambouli infringed Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180;

(6)     Bassam Istambouli infringed Talent Mobile Development's unregistered REAL CALLER ID trademark;

(7)     Waleed Shaker did not infringe Talent Mobile Development's REAL CALLER trademark bearing registration no. 4613102;

(8)     Waleed Shaker infringed Talent Mobile Development's REAL CALLER trademark bearing registration no. 4671180;

(9)     Waleed Shaker infringed Talent Mobile Development's unregistered REAL CALLER ID trademark;                                        1

(10)    Talent Mobile Development's did not infringe Headios Group unregistered Real Caller trademark;

(11)    Headios Group did in bad faith register, traffic in, or use a domain name that infringed Talent Mobile development's  "Real Caller " trademarks;

(12)    Bassam Istambouli  did  not in bad faith register, traffic in, or use a

domain name that infringed Talent Mobile development's "Real Caller" trademarks;

(13) Waleed Shaker did not in bad faith register, traffic in, or use a domain name that infringed Talent Mobile development's "Real Caller " trademarks;

(14) Talent mobile development did not fraudulently register the Real Caller mark bearing registration number 4613102 with the United States Patent and Trademark Office;

(15) Talent mobile development did not fraudulently register the Real Caller mark bearing registration number 4671180 with the United States Patent and Trademark Office;

(16) Talent mobile development did not intentionally interfere with contractual relations between Headios Group and Apple, Inc;

(17) Talent mobile development did not intentionally interfere with contractual relations between Headios Group and Google, Inc;

(18) Defendants are ordered to pay plaintiff monetary damages for trademark infringement in the amount of Seven Hundred Ten Thousand Two Hundred Sixty One Dollars ($710,261.00);

(19) Defendants shall not pay plaintiff any monetary damages for cybersquatting;

(20) Plaintiff did not infringe Headios Group's unregistered mark "Real Caller" and thus Headios Group is not entitled to any monetary damages;

(21) Plaintiff did not interfere with Headios Group's contractual relations with Apple Inc and thus Headios Group is not entitled to any monetary damages;

3
**JUDGMENT**

(22) Plaintiff did not interfere with Headios Group's contractual relations with Google and thus Headios Group is not entitled to any monetary damages.

**IT IS SO ORDERED.**

DATED: September 25, 2018

*David O. Carter*
Honorable David O. Carter
United States District Court Judge